**Order entered June 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00482-CV

### ISRAEL GONZALEZ, Appellant

### V.

### MCKINNEY DODGE INC., ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00441-2013**

## ORDER

We **GRANT** appellant's May 30, 2014 motion for an extension of time to file a brief.

Appellant shall file his brief on or before **June 30, 2014**.

/s/    ADA BROWN
        JUSTICE